**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**CITY OF SAN ANTONIO,**

***Plaintiff,***

**v.**

**Case No. 5:26-CV-06542**

**MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY, DAVID VENTURELLA, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; AND UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,**

***Defendants.***

**O R D E R**

Before the Court is Plaintiff City of San Antonio's Complaint. *ECF No. 1*. Local Rule CV-65 provides, "[a]n application for a temporary restraining order or preliminary injunction shall be made in an instrument separate from the complaint." W.D. Tex. R. CV-65 (2023). In Plaintiff's Complaint, Plaintiff requests the Court "[p]ermanently and temporarily restrain, enjoin, and stay Defendants from further implementation of the Detention Conversion Project." *ECF No. 1* at 24. Accordingly, Plaintiff is **ORDERED** to comply with Local Rule CV-65 **no later than October 26, 2026, at 12:00 p.m.**

It is SO ORDERED.
SIGNED this 16th day of October, 2026.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE