AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

City of San Antonio
*Plaintiff*
v.
Markwayne Mullin, in his official capacity, et al.
*Defendant*

Case No. 5:26-cv-6542

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants .

Date: 10/21/2026

/s/ Krystal-Rose Perez
*Attorney's signature*

KRYSTAL-ROSE PEREZ, TX BAR NO. 24105931
*Printed name and bar number*

150 M Street NE
Washington, DC 20003
*Address*

krystal-rose.perez@usdoj.gov
*E-mail address*

(202) 532-3266
*Telephone number*

*FAX number*